

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BETHANY CUSTARD, | § | No. 08-24-00107-CV |
| Appellant, | § | Appeal from the |
| v. | § | 261st District Court |
| MATTHEW HAMPTON ROBERTS, | § | of Travis County, Texas |
| Appellee. | § | (TC#D-1-FM-21-003470) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MAY 2024.


GINA M. PALAFOX, Justice


Before Palafox, J., Soto, J., and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.) (Sitting by Assignment)